BOYSAW PRICE, APPELLANT, v. ZACHARIAH PRICE, RESPONDENT.

Submitted May 27, 1932—Decided October 17, 1932.

For the appellant, *Henry J. Stanfield.*

For the respondent, *Edwin J. O'Brien* and *Russell Fleming.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the *per curiam* opinion filed in the Supreme Court.

*For affirmance*—TRENCHARD, LLOYD, CASE, DONGES, BROGAN, VAN BUSKIRK, KAYS, DEAR, WELLS, KERNEY, JJ. 10.

*For reversal*—None.